IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

DAVID ALLEN HALL and
INTERNATIONAL TRUSTEE GROUP, LLC,

    Plaintiff,

v.                                                                                                  Case No. 2:20-cv-2906-MSN-cgc

STINE SEED COMPANY,

    Defendant.

---

**ORDER GRANTING DEFENDANT STINE SEED COMPANY'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THE MOTION TO DISMISS**

---

Before the Court is Defendant Stine Seed Company's Motion to Stay Discovery Pending Resolution of the Motion to Dismiss ("Motion") (ECF No. 38) filed July 14, 2021. Plaintiffs responded in opposition on July 28, 2021 (ECF No. 39). With the Court's permission, Defendant filed a reply in support on August 9, 2021. (ECF No. 42.) For the reasons set forth below, Defendant's Motion is **GRANTED**.

## BACKGROUND

Plaintiffs filed their Complaint on November 13, 2020 in the Circuit Court for Shelby County, Tennessee, alleging the following causes of action arising under state law: (1) intentional misrepresentation (fraud); (2) violation of the Tennessee Consumer Protection Act or, alternatively, violation of the Mississippi Consumer Protection Action; and (3) breach of contract. Defendant removed the matter to this Court via notice dated December 17, 2020.

On March 2, 2021, Defendant filed a Motion to Dismiss (ECF No. 28). Defendant's Motion to Dismiss argues (1) this Court lacks personal jurisdiction over Defendant and the

Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2); (2) Plaintiffs have failed to state a claim upon which relief can be granted and the Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6); and the Complaint fails to plead fraud with particularity as required by Fed. R. Civ. P. 9(b) and should be dismissed. In the alternative, Defendant seeks to have this case transferred to the Northern District of Mississippi pursuant to 28 U.S.C. § 1404(a).

This is not the first time these parties have met in litigation in this Court. Both parties were involved (along with other plaintiffs and defendants) in the matter of *Thomas Burrell et al. v. Concept Ag., LLC et al.*, Case No. 2:18-cv-2265-JTF-tmp before the Honorable John T. Fowlkes, Jr. The *Burrell* matter was ultimately transferred to the United States District Court for the Northern District of Mississippi after Judge Fowlkes found that the court did not have personal jurisdiction over the defendants.

## **DISCUSSION**

When a party moves to stay discovery, "[t]rial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." *Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999). And when considering a motion to stay discovery, "a court weighs the burden of proceeding with discovery upon the party from whom discovery is sought against the hardship which would be worked by a denial of discovery." *Bowens v. Columbus Metro. Libr. Bd. of Trs.*, No. 2:10-cv-00219, 2010 WL 3719245, at *1 (S.D. Ohio Sept. 16, 2010). Notably, "the fact that a party has filed a case-dispositive motion is usually deemed insufficient to support a stay of discovery." *Id.* at *2. "[T]he burden is on the party seeking the stay to show that there is pressing need for delay, and that neither the other party nor the public will suffer harm from entry of the order." *Ohio Envtl. Council v. U.S. Dist. Court, S. Dist. of Ohio, E. Div.*, 565 F.2d 393, 396 (6th Cir. 1977).

After consideration of the record in this matter, the Court finds that a stay in discovery is appropriate. Although Defendant's outstanding motion to dismiss is not alone sufficient to warrant a stay of discovery, the Court nevertheless finds that a stay is appropriate in this matter. Resolution of Defendant's motion to dismiss may dispose of this case in its entire, and the burden on Defendant of continuing with discovery outweighs any hardship to Plaintiffs from a stay of the case. Accordingly, Defendant Stine Seed Company's Motion to Stay Discovery Pending Resolution of the Motion to Dismiss is **GRANTED**, discovery in this matter is **STAYED** until resolution of the Defendant's motion to dismiss.

**IT IS SO ORDERED**, this 1st day of September 2021.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE